**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:           August 23, 2013

Deputy Clerk:    Emily Seamon
Court Reporter:  Tracy Weir

---

**Criminal Action No.  13-cr-00261-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,              Michelle Heldmyer

      Plaintiff,

v.

1.  LELAND RAY SMITH, and              Thomas Johnson

2.  BRADFORD MORONI SMITH,             Thomas Connelly

      Defendants.

---

**COURTROOM MINUTES**

---

**Motions Hearing**

**9:06 a.m.      Court in session.**

Appearances of counsel.

Defendant Bradford Moroni Smith is present on bond.  Defendant Leland Ray Smith appears by telephone.

Opening statements by the Court.

Statement by Ms. Heldmyer regarding the status of disclosure and production of known discovery to defense counsel.

Discussion between the Court and counsel regarding the amount of time that should be excluded from the speedy trial calculation.

Court's findings of fact, conclusions of law, and orders regarding Motion #45.

**IT IS ORDERED** as follows:

1. Defendants' Unopposed Motion for Further Extension of Time to File Pretrial Motions and Exclusion of Time from Speedy Trial Calculations [Doc. No. 42] is DENIED AS MOOT.

2. Defendants' Unopposed Joint Motion to Designate this Case as Complex, to Continue Trial in this Matter, and to Provide Additional Time to File Pretrial Motions [Doc. No. 45] is GRANTED. The time from today through and including **November 22, 2013** shall be excluded from the computation for a speedy trial under the Speedy Trial Act.

3. A Status Conference is set for **Friday, November 15, 2013 at 9:00 a.m.**

4. The deadline for filing non-CJA pretrial motions is vacated and continued pending further order of Court.

5. The Trial Preparation Conference Order [Doc. No. 18] is amended and supplemented to the extent necessary to implement the Court's orders, but is otherwise continued in full force and effect.

6. Defendants' Unopposed Motion to Hold Trial and Other Court Proceedings in Grand Junction [Doc. No. 43] is GRANTED, insofar as it seeks to hold and conduct the trial in Grand Junction, Colorado. Pending further order of Court, other pretrial proceedings shall be conducted with the Court sitting in Denver, Colorado. The Court has no objection to the parties and counsel appearing via video conference from Grand Junction, Colorado. The Court may conduct any hearing on pretrial motions which may be necessary in Grand Junction, Colorado.

7. Defendants' bonds are continued to the date and time of the next proceeding.

**9:30 a.m.     Court in recess.**

Total time in court:   00:24

Hearing concluded.